UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAIYEZ AHMED, | Case No.  1:13-cv-00941-LJO-MJS (PC) |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| M. MARTEL, et al., | **(ECF No. 17)** |
| Defendants. | **AMENDED COMPLAINT DUE WITHIN THIRTY (30) DAYS** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On August 26, 2015, the Magistrate Judge issued revised Findings and Recommendations recommending that Defendants' motion to dismiss be granted. (ECF No. 29.) Defendants have filed objections. (ECF No. 30.) Plaintiff was granted leave to file objections on or before October 21, 2015. That deadline has passed, and Plaintiff has not filed his objections.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the revised findings and recommendations to be supported by the record and by proper analysis.

1    Accordingly, it is HEREBY ORDERED that:

2        1. The Court adopts the revised findings and recommendations, filed on

3           August 26, 2015 (ECF No. 29), in full;

4        2. Defendants' motion to dismiss (ECF No. 17) is GRANTED;

5        3. Plaintiff shall file an amended complaint within thirty (30) days from the

6           date of this order.

7

8    IT IS SO ORDERED.

9    Dated:   **October 22, 2015**                    **/s/ Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28